UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BARRETTO-HAMILTON, et al., <br><br>Plaintiffs, <br><br>v. <br><br>U.S. BANK NATIONAL ASSOCIATION, <br><br>Defendant. | Case No.  16-cv-03950-JSW <br><br>**JUDGMENT** |

Pursuant to the Order granting Defendant's motion to dismiss the claims of Michelle Barretto-Hamilton and Isidro Gama, the Court HEREBY ENTERS judgment in favor of Defendant and against these Plaintiffs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 10, 2018

_____
JEFFREY S. WHITE
United States District Judge